# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK WILSON

NO. 2024 KW 0074

**MARCH 13, 2024**

---

In Re:     Patrick Wilson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 12-09-0505.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.** The new rule of criminal procedure announced
in **Ramos v. Louisiana**, 590 U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d
583 (2020), which provides for unanimity in jury verdicts is not
retroactive in Louisiana. **State v. Reddick**, 2021-01893 (La.
10/21/22), 351 So.3d 273, 283. See also **State v. Jackson**, 2022-
00720 (La. 5/16/23), 360 So.3d 473 (per curiam). Relator's
conviction became final in 2012, when the supreme court denied
writs. See La. Code Crim. P. art. 922(D). Therefore, relator's
March 2, 2021, application for postconviction relief is
untimely. Relator failed to demonstrate that La. Code Crim. P.
art. 930.8(A)(2) is applicable to his case.

                            JMG
                            WRC
                            WIL

COURT OF APPEAL, FIRST CIRCUIT

                            DEPUTY CLERK OF COURT
                                FOR THE COURT